```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

SARAH GOLDSTEIN,
                                            ORDER
                    Plaintiff,
                                            98 Civ. 1464 (MGC)
        - against -

HUTTON, INGRAM, YUZEK, GAINEN,
CARROLL & BERTOLOTTI,

                    Defendants.

- - - - - - - - - - - - - - - - -X
```

CEDARBAUM, J.

    This class action case has been concluded. Accordingly, it is closed.

    SO ORDERED.

Dated:  New York, New York
         February 4, 2010

                                  _____
                                  MIRIAM GOLDMAN CEDARBAUM
                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/10